MICHAEL FURIO, Respondent, v. B. HAWLEY SMITH et al., a Partnership Doing Business as HAWLEY SMITH MACHINERY COMPANY, Appellants.— In an action to recover rent, judgment in favor of the respondent landlord and against appellant tenants unanimously affirmed, with costs. No opinion. Lewis, P. J., Carswell,

Adel and Sneed, JJ., concur; Johnston, J., concurs on authority of *Malbone Garage, Inc.,* v. *Minkin* (272 App. Div. 109, affd. 297 N. Y. 677).